THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINTON B. GAMLEN, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered January 13, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.